(55)

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

_Middle Dist - Harrisburg_  Clerk of District Court        Date ___02/04/02___
    (District)

_Hershey Foods Corp vs. Steuben Foods Inc._        C. of A. No.___00-3751___
    (Caption)

_Hershey Foods Corp_
    (Appellant)

__00-cv-00481__
    (D.C. No.)

Enclosures:

RECEIVED

FEB 08 2002

PER _____
HARRISBURG, PA.    DEPUTY CLERK

___02/04/02_____Certified copy of C. of A. Order by the **Court**/Clerk
    (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__XXX_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
             is recalled.

                        _LaToya Corprew_____ (267)-299-_4915_
                           Deputy Clerk          Telephone Number

Receipt Acknowledge:

___ack'd_____
    (Name)

___2/8/02_____
    (Date)

                                    Rev. 3/13/00
    Q                    Appeals (Certified List in Lieu of Record)

N:\CASEMGMT\Release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 4, 2002

No. 00-3751

HERSHEY FOODS CORPORATION, Appellant
vs.
STEUBEN FOODS INCORPORATED
(Middle District of PA - Harrisburgh 00-cv-00481)(JAS)

PRESENT:    Roth, Ambro and Fuentes, <u>Circuit Judges</u>

Stipulation by the Parties to dismiss pursuant to FRAP 42(b).

LaToya Corprew    267-299-4915
Case Manager

Argued on the Merits <u>09/26/01</u>

O R D E R

The foregoing Stipulation of Dismissal is approved.

A True Copy:

Marcia M. Waldron,
Clerk

FILED
FEB 0 8 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

By the Court,

Circuit Judge

Dated:  February 4, 2002

lwc/cc:  Timothy J. Nieman, Esq.
         Debra D. Fourlas, Esq.